## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD T. SMITH,                         )
                                         )
      Plaintiff,                     )    Civil Action No. 19-399
                                         )    Senior Judge David Stewart Cercone /
      v.                             )    Magistrate Judge Maureen P. Kelly
                                         )
MARK MANSOUR; MAGISTERIAL               )
DISTRICT COURT NO. 10;                   )
WESTMORELAND COUNTY; and CITY            )
OF GREENSBURG,                           )
                                         )
      Defendants.                    )

## MEMORANDUM ORDER

Donald T. Smith ("Plaintiff") is a prisoner, currently incarcerated in the Westmoreland

County Prison. Plaintiff has submitted for filing a completed form Complaint for Violation of

Civil Rights (Prisoner Complaint) (the "Complaint"), claiming that Defendants violated the

United States Constitution during the course of his criminal proceedings before Magisterial

District Judge Mark Mansour.

The case was referred to Chief Magistrate Judge Maureen Kelly in accordance with the

Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D, and she issued

a Report and Recommendation, ECF No. 7, filed on June 28, 2019, recommending that that case

be dismissed for failure to state a claim upon which relief could be granted before the Complaint

was served, pursuant to the screening provisions of the Prison Litigation Reform Act. The

Report was sent to Plaintiff at his address of record and he was given until July 15, 2019 to file

objections. No objections were filed by July 15, 2019.

AND NOW, this __22nd__ day of July, 2019, after de novo review of the filings in this

case together with the Report and Recommendation, IT IS HEREBY ORDERED that the

Complaint is dismissed for failure to state a claim upon which relief can be granted. The Report

is adopted at the opinion of the Court. The Clerk is to mark the case CLOSED.

_____
David Stewart Cercone
Senior United States District Judge

cc:    Honorable Maureen P. Kelly
      United States Magistrate Judge

      Donald T. Smith
      Booking #4365-2018
      Westmoreland County Prison
      3000 South Grande Boulevard
      Greensburg, PA 15601
      (*Via First Class Mail*)